**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: E.P., III    :  No. 17 MAL 2016
                                        :
                                        :
PETITION OF: A.M., MOTHER    :  Petition for Allowance of Appeal from
                                        :  the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Eakin did not participate in the consideration or decision of this matter.